IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:20-CV-00367-D

| | |
|---|---|
| SOUTHLAND NATIONAL INSURANCE CORPORATION, | )<br>)<br>) |
| *Plaintiff,* | ) **ORDER GRANTING**<br>) **UNOPPOSED MOTION TO** |
| v. | ) **STAY PROCEEDINGS**<br>) |
| AR PURCHASING SOLUTIONS, LLC, | )<br>) |
| *Defendant.* | ) |

On this day, came on to be considered the Unopposed Motion to Stay Proceedings filed by Defendant AR Purchasing Solutions, LLC ("Defendant"). The Court hereby finds that for good cause shown, the Motion is approved and that all parties have consented to the Motion.

Therefore, IT IS ORDERED THAT Defendant's Unopposed Motion to Stay Proceedings is GRANTED and this action is hereby STAYED.

SO ORDERED. This the **21** day of February, 2025.

JAMES C. DEVER III
United States District Judge